EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José Gerardo Cruz Arroyo | 2014 TSPR 136<br><br>192 DPR ____ |

Número del Caso: TS-7893

Fecha: 31 de octubre de 2014

Comisión de Reputación:

Lcdo. Guillermo Arbona Lago, Presidente
Lcda. Waleska Delgado Marrero
Lcdo. Héctor Saldaña Egozcue
Lcda. Ygrí Rivera de Martínez
Lcda. Belén Guerrero Calderón
Dr. Robert Stolberg

**Procurador Especial**
Lcdo. Alcides Oquendo Solís

Abogada del Peticionario:

Lcda. Margarita Carrillo Iturrino

Oficina de la Procuradora General:

Lcda. Minnie H. Rodríguez López
Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José Gerardo Cruz Arroyo                    TS-7893


RESOLUCIÓN


En San Juan, Puerto Rico, a 31 de octubre de 2014

Examinado el Informe y Recomendación de la Comisión de Reputación, el Informe sobre Petición de Reinstalación y el Escrito en Torno a Informe sobre Petición de Reinstalación, se toma conocimiento.

En consecuencia, se ordena la reinstalación al ejercicio de la abogacía al Sr. José G. Cruz Arroyo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo